Scott Edward Cole, Esq. (S.B. #160744)
Laura Grace Van Note, Esq. (S.B. #310160)
**SCOTT COLE & ASSOCIATES, APC**
555 12th Street, Suite 1725
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: scole@scalaw.com
Email: lvannote@scalaw.com
Web: www.scalaw.com

Attorneys for Representative Plaintiff(s), *et al.*

Eugene Ryu, Esq. (S.B. # 209104)
Penny Chen, Esq. (S.B. # 280706)
**K & L GATES LLP**
10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-5000
Facsimile: (310) 553-5001
Email: gene.ryu@klgates.com
Email: penny.chen@klgates.com

Attorneys for Defendant Tirehub, LLC

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONSHEA JONES, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>TIREHUB, LLC,<br><br>　　　　　　　Defendants. | **Case No. 2:21-CV-00564-JAM-DB**<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER RE: FILING OF PLAINTIFF'S FIRST AMENDED COMPLAINT** |

The parties, Plaintiff Donshea Jones ("Plaintiff"), and Defendant Tirehub, LLC ("Defendant"), acting through their respective counsel of record, hereby stipulate as follows:

**WHEREAS**, on February 2, 2021, pursuant to Labor Code section 2699.3, Plaintiff gave notice to Defendant and to the Labor and Workforce Development Agency ("LWDA") of alleged Labor Code violations committed by Defendant;

**WHEREAS,** Plaintiff filed the Complaint on February 10, 2021 asserting causes of action for (1) unlawful failure to pay wages, (2) failure to provide meal and rest periods, (3) failure to provide accurate itemized wage statements, (4) failure to pay wages on termination, and (5) unfair business practices under the unfair competition act;

**WHEREAS**, more than 65 days have passed since Plaintiff gave the aforementioned notice and the LWDA has failed to respond to Plaintiff's notice in any way (*see* Cal. Lab. Code § 2699.3(a)(2)(A));

**WHEREAS,** Plaintiff seeks to amend the Complaint to include a Private Attorneys General Act ("PAGA") cause of action;

**WHEREAS**, Plaintiff has drafted a proposed First Amended Complaint, attached hereto as Exhibit "A," which includes a PAGA cause of action. In all other material respects[1], Plaintiff's proposed First Amended Complaint is the same as the previously filed operative Complaint;

**WHEREAS**, Defendant has filed a Motion for Judgment on the Pleadings to Plaintiff's complaint. Because many of the issues underlying Defendant's Motion remain unresolved in the First Amended Complaint, Defendant will withdraw the pending Motion for Judgment on the Pleadings and move to dismiss the First Amended Complaint;

**IT IS THEREFORE STIPULATED AND AGREED**, by and between the parties hereto, through their attorneys of record, that Plaintiff should be granted leave to amend in order to file Exhibit "A" as the First Amended Complaint.

**IT IS SO STIPULATED.**

---

[1] Except for changes necessary to reflect that the case has been removed to Federal court.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
555 12TH STREET, SUITE 1725
OAKLAND, CA 94607
TEL: (510) 891-9800

Dated: May 3, 2021                    **SCOTT COLE & ASSOCIATES, APC**


                                      By:    /s/ Laura Van Note
                                             Laura Van Note, Esq.
                                             Attorneys for Representative Plaintiff(s), *et al.*


Dated: May 3, 2021                    **K&L GATES, LLP**


                                      By:   /s/ Penny Chen (As authorized on May 3, 2021)
                                            Penny Chen Fox, Esq.
                                            Attorneys for Defendant


## LOCAL RULE ATTESTATION

In accordance with Civil Local Rule 131(e), I attest that concurrence in the filing of the document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: May 3, 2021                    **SCOTT COLE & ASSOCIATES, APC**


                                      By:   /s/ Laura Van Note
                                            Laura Van Note, Esq.
                                            Attorneys for the Representative Plaintiff(s), *et al.*

## ORDER

The parties having so stipulated, **IT IS HEREBY ORDERED** that Plaintiff is granted leave to amend to file Exhibit "A" as the First Amended Complaint.

**IT IS SO ORDERED.**

DATED: May 3, 2021  /s/ John A. Mendez
　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
555 12TH STREET, SUITE 1725
OAKLAND, CA 94607
TEL: (510) 891-9800