| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | EUGENE RYU, Bar No. 209104<br>Gene.Ryu@klgates.com<br>PENNY CHEN, Bar No. 280706<br>Penny.Chen@klgates.com<br>K&L GATES LLP<br>10100 Santa Monica Blvd.<br>8th Floor<br>Los Angeles, CA 90067<br>Telephone: 310.553.5000<br>Fax No.: 310.553.5001<br><br>Attorneys for Defendants,<br>TIREHUB, LLC |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONSHEA JONES, individually, and on behalf of all others similarly situated.<br><br>Plaintiff,<br><br>v.<br><br>TIREHUB, LLC, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:21-CV-00564-JAM-DB<br><br>**JOINT STIPULATION TO CONTINUE DEFENDANT'S DEADLINE TO FILE ANSWER; ORDER**<br><br>Complaint filed: February 10, 2021 (*originally filed in County of Solano Superior Court*) |

**TO THE CLERK OF THE FEDERAL DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:**

Plaintiff Donshea Jones ("Plaintiff") and Defendant TireHub LLC, ("Defendant") (collectively, the "Parties") hereby submit the following Joint Stipulation:

WHEREAS, Plaintiff filed her First Amended Complaint on May 4, 2021;

WHEREAS, following meet and confer, Defendant intends to file a Motion to Dismiss the First Amended Complaint;

WHEREAS, the Parties agree that continuing Defendant's deadline to file its Answer to the First Amended Complaint until after the Court decides Defendant's anticipated Motion to Dismiss avoids potential waste of judicial and party resources and is not prejudicial to either party;

NOW, THEREFORE, the Parties stipulate and respectfully jointly request that the Court issue an order:

Continuing Defendant's deadline to file its Answer to the First Amended Complaint from May 18, 2021 to 14 days following the Court's order on Defendant's Motion to Dismiss.

**IT IS SO STIPULATED.**

Dated: May 18, 2021

                                          /s/ Penny Chen
                                          EUGENE RYU
                                          PENNY CHEN
                                          K&L GATES, LLP
                                          Attorneys for Defendant
                                          TIREHUB, LLC

Dated: May 18, 2021

/s/ Laura Van Note (as authorized May 18, 2021)
SCOTT EDWARD COLE
LAURA GRACE VAN NOTE
SCOTT COLE & ASSOCIATES, APC
Attorneys for Plaintiff,
DONSHEA JONES

Pursuant to Local Rule 131, I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature pages.

Dated: May 18, 2021 /s/ Penny Chen
PENNY CHEN

| | |
|---|---|
| 1 | **<u>ORDER</u>** |
| 2 | FOR GOOD CAUSE SHOWN, and based on the stipulation of the Parties, it is hereby |
| 3 | ORDERED that: |

Defendant's deadline to file its Answer to the First Amended Complaint is continued from May 18, 2021 to 14 days following the Court's decision on Defendant's Motion to Dismiss.

DATED: May 18, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE