SCOTT EDWARD COLE (S.B. #160744)
LAURA VAN NOTE (S.B. #310160)
CODY ALEXANDER BOLCE (S.B. #322725)
**COLE & VAN NOTE**
555 12th Street, Suite 1725
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: sec@colevannote.com
Email: lvn@colevannote.com
Email: cab@colevannote.com
Web: www.colevannote.com

Attorneys for Representative Plaintiff

EUGENE RYU, Bar No. 209104
Gene.Ryu@klgates.com
PENNY CHEN, Bar No. 280706
Penny.Chen@klgates.com
K&L GATES LLP
10100 Santa Monica Blvd.
8th Floor
Los Angeles, CA 90067
Telephone: 310.553.5000
Fax No.: 310.553.5001

Attorneys for Defendant,
TIREHUB, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONSHEA JONES, individually, and on behalf of all others similarly situated.<br><br>Plaintiff,<br><br>v.<br><br>TIREHUB, LLC, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:21-CV-00564-JAM-DB<br><br>**JOINT STIPULATION TO MODIFY SCHEDULING ORDER AND EXTEND EXPERT WITNESS DEADLINES; ORDER**<br><br>Complaint filed: February 10, 2021 (*originally filed in County of Solano Superior Court*)<br><br>Trial: January 9, 2023 |

312034596.2

**TO THE CLERK OF THE FEDERAL DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:**

Plaintiff Donshea Jones ("Plaintiff") and Defendant TireHub LLC, ("Defendant") (collectively, the "Parties") hereby submit the following Joint Stipulation:

WHEREAS, the Court's August 2, 2021 Pre-Trial Scheduling Order provided, inter alia, the following deadlines: (1) Expert Witness Disclosures by April 18, 2022; (2) Supplemental disclosure and disclosure of rebuttal experts by May 23, 2022; and (3) Completion of all discovery by July 18, 2022;

WHEREAS, Plaintiff filed her Second Amended Complaint on August 16, 2021;

WHEREAS, Defendant filed its Answer to the Second Amended Complaint on September 6, 2021;

WHEREAS, the Parties have been diligently engaged in fact discovery since pleadings have been at issue;

WHEREAS, no Motion for Class Certification has been filed;

WHEREAS, trial in this matter is set for January 9, 2023;

WHEREAS, the Parties agree that continuing Expert Disclosure and Expert Discovery deadlines would not prejudice either party, allow the Parties to focus on completing fact discovery before engaging in expert discovery, and more ample opportunity to assess expert needs;

NOW, THEREFORE, the Parties stipulate and respectfully jointly request that the Court issue an order:

Modifying its August 2, 2021 Pre-Trial Scheduling Order and continuing Expert Disclosure and Expert Discovery Deadlines as follows:

1. Expert Witness Disclosures: July 1, 2022;
2. Supplemental disclosure and disclosure of rebuttal experts: August 1, 2022; and
3. Completion of all Expert discovery: October 3, 2022

312034596.2

**IT IS SO STIPULATED.**

Dated: March 29, 2022

/s/ Penny Chen
EUGENE RYU
PENNY CHEN
K&L GATES, LLP
Attorneys for Defendant
TIREHUB, LLC

Dated: March 29, 2022

/s/ Laura Van Note (as authorized March 29, 2022)
SCOTT EDWARD COLE
LAURA GRACE VAN NOTE
COLE & VAN NOTE
Attorneys for Plaintiff
DONSHEA JONES

Pursuant to Local Rule 131, I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature pages.

Dated: March 29, 2022

/s/ Penny Chen
PENNY CHEN

312034596.2

# **ORDER**

FOR GOOD CAUSE SHOWN, and based on the stipulation of the Parties, it is hereby ORDERED that:

The August 2, 2021 Pre-Trial Scheduling Order is hereby modified as follows:

1. Expert Witness Disclosures: July 1, 2022;
2. Supplemental disclosure and disclosure of rebuttal experts: August 1, 2022; and
3. Completion of all Expert discovery: October 3, 2022

Dated:  March 29, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

312034596.2