Scott Edward Cole, Esq. (S.B. #160744)
Laura Van Note, Esq. (S.B. #310160)
Cody Alexander Bolce, Esq. (S.B. #322725)
**COLE & VAN NOTE**
555 12th Street, Suite 1725
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile:(510) 891-7030
Email: sec@colevannote.com
Email: lvn@colevannote.com
Email: cab@colevannote.com
Web: www.colevannote.com

Attorneys for Representative Plaintiff

EUGENE RYU, Bar No. 209104
Gene.Ryu@klgates.com
PENNY CHEN, Bar No. 280706
Penny.Chen@klgates.com
K&L GATES LLP
10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA 90067
Telephone: 310.553.5000
Fax No.: 310.553.5001

Attorneys for Defendant TIREHUB, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONSHEA JONES, individually, and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TIREHUB, LLC,<br><br>　　　　　　Defendant. | **No. 2:21-cv-0564 DAD DB**<br><br>**STIPULATION AND ORDER CONTINUING BRIEFING ON PLAINTIFF'S MOTION TO COMPEL** |

**TO THE CLERK OF THE FEDERAL DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:**

Plaintiff Donshea Jones ("Plaintiff") and Defendant TireHub LLC, ("Defendant") (collectively, the "Parties") hereby submit the following Joint Stipulation:

WHEREAS, on November 1, 2022 Plaintiff filed a Motion to Compel, seeking further discovery responses and sanctions against Defendant. That motion has been set for hearing on December 2, 2022;

WHEREAS, On November 18, 2022 the parties reached an agreement in principle to resolve this matter. The parties are now in the process of drafting a settlement agreement effectuating the agreed upon resolution;

WHEREAS, in order to conserve judicial resources, the parties agree any further briefing, including but not limited to the Parties' Joint Report under Local Rule 251(C) should be continued 30 days to allow the parties to prepare and execute a Settlement Agreement.

NOW, THEREFORE, the parties stipulation and respectfully jointly request that the Court issue an order:

1. Vacating the December 2, 2022 Hearing on Plaintiff's Motion to Compel;
2. Setting a deadline of December 19, 2022 for the parties to file Notice of Settlement or their Joint Report pursuant to Local Rule 251(C).

**IT IS SO STIPULATED.**

Dated: November 18, 2022

/s/ Penny Chen
EUGENE RYU
PENNY CHEN
K&L GATES, LLP
Attorneys for Defendant
TIREHUB, LLC

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 1725
OAKLAND, CA 94607
TEL.: (510) 891-9800

Dated: November 18, 2022

/s/ Laura Van Note
SCOTT EDWARD COLE
LAURA GRACE VAN NOTE
COLE & VAN NOTE
Attorneys for Representative Plaintiff

Pursuant to Local Rule 131, I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature pages.

Dated: November 18, 2022

/s/ Laura Van Note
LAURA VAN NOTE

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. The December 2, 2022 Hearing on Plaintiff's Motion to Compel (ECF No. 47) is continued to **January 13, 2023**, **at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned; and

2. On or before December 19, 2022, the Parties shall file either a Notice of Settlement, a Joint Statement re Discovery Disagreement, or a notice of withdrawal of the motion to compel.

DATED: November 21, 2022            /s/ DEBORAH BARNES
                                    UNITED STATES MAGISTRATE JUDGE

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 1725
OAKLAND, CA 94607
TEL: (510) 891-9800

-4-
Stipulation and Order Continuing Briefing on Motion to Compel