Scott Edward Cole, Esq. (S.B. #160744)
Laura Grace Van Note, Esq. (S.B. #310160)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile:(510) 891-7030
Email: sec@colevannote.com
Email: lvn@colevannote.com
Web: www.colevannote.com

Class Counsel

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONSHEA JONES, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>TIREHUB, LLC,<br><br>　　　　　　　　Defendant. | **Case No. 2:21-CV-00564-JAM-DB**<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER:**<br><br>**(1) GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT;**<br>**(2) AWARDING ATTORNEYS' FEES AND COSTS TO CLASS COUNSEL;**<br>**(3) AWARDING ENHANCEMENT TO THE REPRESENTATIVE PLAINTIFF; AND**<br>**(4) AWARDING REIMBURSEMENT OF SETTLEMENT ADMINISTRATION COSTS**<br><br>Date: October 6, 2023<br>Time: 10:00 a.m.<br>Ctrm.: 27<br>Judge: Honorable Deborah Barnes |

This matter, having come before the United States District Court for the Eastern District of California, at 10:00 a.m. on October 6, 2034 in Department 27, with Cole & Van Note appearing as counsel for Representative Plaintiff Donshea Jones, individually and on behalf of the Plaintiff Class and Aggrieved Employees,

and K&L Gates appearing as counsel for defendant Tirehub, LLC ("Defendant"). The Court, having carefully considered the briefs, argument of counsel and all matters presented to the Court and good cause appearing, hereby GRANTS Plaintiff's Motion for Final Approval of Class Action Settlement.

# **I.**
# **FINDINGS**

Based on the oral and written argument and evidence presented in connection with the motion, the Court makes the following findings:

1. All terms used herein shall have the same meaning as defined in the proposed Settlement Agreement ("Agreement").

2. This Court has jurisdiction over the subject matter of the above-captioned litigation and over all Parties to this litigation, including the Settlement Class.

**Preliminary Approval of the Settlement**

3. On May 26, 2023, the Court granted preliminary approval of a class-wide settlement. At this same time, the Court approved certification of a provisional Settlement Class for settlement purposes only.

**Notice to the Plaintiff Class**

4. In compliance with the Preliminary Approval Order, the Class Notice Package was mailed by first class mail to the Plaintiff Class members at their last known addresses on or about June 20, 2023. Mailing of the Class Notice Package to their last known addresses was the best notice practicable under the circumstances and was reasonably calculated to communicate actual notice of the litigation and the proposed settlement to the Plaintiff Class.

5. According to the Claims Administrator, there are 536 members of the Plaintiff Class who will receive an Individual Settlement Share. The deadline for opting out or objecting was July 20, 2023. There was an adequate interval between

mailing of the Notice and the deadline to permit Plaintiff Class members to choose what to do and act on their decision. A total of 5 class members opted out, and no class members objected.

**Fairness of the Settlement**

a. The Agreement is entitled to a presumption of fairness. *Dunk v. Ford Motor Co.*, 48 Cal.App.4th 1794, 1801 (1996).

b. There has been no collusion between the parties in reaching the proposed settlement.

c. Plaintiff's investigation and discovery have been sufficient to allow the court and counsel to act intelligently.

d. Counsel for both parties are experienced in similar employment class action litigation. All counsel recommended approval of the Agreement.

e. The percentage of objectors and requests for exclusion is small.

f. The participation rate was high, with no objections and 5 Plaintiff Class members opting-out.

6. The consideration to be given to the Settlement Class members under the terms of the Agreement is fair, reasonable and adequate considering the strengths and weaknesses of the claims asserted in this action and is far, reasonable and adequate compensation for the release of Settlement Class members' claims, given the uncertainties and risks of the litigation and the delays which would ensue from continued prosecution of the action.

7. The proposed Agreement is approved as fair, adequate and reasonable and in the best interests of class members.

**Attorneys' Fees/Costs**

8. The Agreement provides for (and counsel seeks) an award of up to $183,315 to Class Counsel as attorneys' fees in this action, representing 1/3 of the

1 Gross Settlement Fund, plus actual costs, subject to the Court's approval. Class 2 Counsel requests an award of $7,618.30 as reimbursement for litigation costs.

3     9.    The award of attorneys' fees and reimbursement of litigation costs are 4 reasonable, in light of the contingent nature of Class Counsel's fee, the risks 5 assumed, the results achieved by Class Counsel. and in light of the significant 6 amount of uncompensated work Class Counsel anticipates post-final approval of the 7 settlement.

8 **Enhancement Award**

9     10.    The Agreement provides for an Enhancement Award of up to $5,000 10 for the Representative Plaintiff from the Gross Settlement Amount, subject to the 11 Court's approval. The Court finds this Enhancement Award reasonable in light of 12 the risks and burdens undertaken by the Representative Plaintiff in this Action and 13 for his time and effort in bringing and prosecuting this matter on behalf of the 14 Plaintiff Class.

15 **Cost of Settlement Administration**

16     11.    The Agreement provides for payment of settlement administration 17 expenses from the Gross Settlement Amount. The Settlement Administrator has 18 $9,370.00 in Claims Administration expenses. The amount of this payment is 19 reasonable in light of the work performed by the Settlement Administrator and shall 20 be awarded thereto.

21 **PAGA Payment**

22     12.    The Agreement provides for a PAGA payment of $40,000, from which 23 $30,000 shall be allocated and delivered to the California Labor and Workforce 24 Development Agency ("LWDA").

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

-4-
[Proposed] Order Granting Final Approval of Class Action Settlement

# **II.**
# **ORDERS**

Based on the foregoing findings, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The Settlement Class is certified for the purposes of settlement only. The Settlement Class is hereby defined as:

> All current and former non-exempt employees who worked at any time for Defendant Tirehub, LLC in California from February 10, 2017 through Preliminary Approval, excluding any such individuals who opt out of this Settlement.

2. All persons who meet the foregoing definition and did not exclude themselves from the Agreement are members of the Settlement Class.

3. The Agreement is hereby finally approved as fair, reasonable, adequate, and in the best interest of the Settlement Class.

4. Class Counsel are awarded attorneys' fees in the amount of $183,315.00, and litigation costs in the amount of $7,618.30. Class Counsel shall not seek or obtain any other compensation or reimbursement from Defendant, Plaintiff, or members of the Settlement Class.

5. Payment of an Enhancement Award in the amount of $5,000 to plaintiff Donshea Jones is approved.

6. The payment of $9,370.00 to the Settlement Administrator for settlement administration services is approved.

7. The PAGA payment to the California Labor and Workforce Development Agency in the amount of $30,000 (i.e., 3/4 of $40,000) is approved.

8. A Final Judgment in this action shall be entered. The Final Judgment shall bind each Settlement Class member. The Final Judgment shall operate as a full release and discharge of the released claims against the released parties. All rights to appeal the Final Judgment have been waived. The Final Judgment and Final Approval Order shall have *res judicata* effect and bar all Settlement Class members

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

1 from bringing any action asserting Settlement Class members' released claims under
2 the Agreement.

3     9.    The Agreement and Settlement are not an admission by Defendant, nor
4 is this Final Approval Order a finding, of the validity of any claims in the Action or
5 of any wrongdoing by Defendant. Neither this Final Approval Order, the Final
6 Judgment, the Agreement, nor any document referred to herein, nor any action taken
7 to carry out the Agreement is, may be construed as, or may be used as an admission
8 by or against Defendant of any fault, wrongdoing or liability whatsoever. The
9 entering into or carrying out of the Agreement, and any negotiations or proceedings
10 related thereto, shall not in any event be construed as, or deemed to be evidence of,
11 an admission or concession with regard to the denials or defenses by Defendant and
12 shall not be offered in evidence in any action or proceeding against Defendant in any
13 court, administrative agency or other tribunal for any purpose whatsoever other than
14 to enforce the provisions of this Final Approval Order, the Final Judgment, the
15 Agreement, or any related agreement or release. Notwithstanding these restrictions,
16 any of the released parties may file in the Action or any other proceeding this Final
17 Approval Order, the Final Judgment, the Agreement, or any other papers and records
18 on file in the Action as evidence of the Settlement to support a defense of res
19 judicata, collateral estoppel, release, or other theory of claim or issue preclusion or
20 similar defense as to the released claims. Nothing set forth in this Order shall be
21 construed to modify the absolute obligation of the Representative Plaintiff to dismiss
22 with prejudice, upon payment of the settlement amount set forth in the settlement
23 agreement, all of their claims set forth in this action.

24     10.    Notice of entry of this Final Approval Order and the ensuing Final
25 Judgment shall be given to Class Counsel on behalf of Plaintiff and all Settlement
26 Class members. It shall not be necessary to send notice of entry of this Final
27 Approval Order or the ensuing Final Judgment to individual Settlement Class
28

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

members. The time for any appeal shall run from service of notice of entry of the Final Approval Order and Final Judgment by Class Counsel on Defendant.

11. In the event the Settlement does not become final and effective in accordance with the terms of the Settlement Agreement, or is terminated, cancelled or fails to become effective for any reason, then this Final Approval Order, the Final Judgment, and all orders entered in connection herewith shall be rendered null and void and shall be vacated.

12. A Compliance Hearing is hereby set for _____ in Courtroom 27 of this Court. At least ten (10) court days before the Compliance Hearing, Class Counsel shall submit a Compliance Statement, accompanied by a Declaration from the Settlement Administrator (including a summary accounting identifying the distributions made, the number and value of any uncashed checks, the status of any unresolved issues, and any other matters appropriate to evaluate the effectiveness and completeness of the distribution).

**IT IS SO ORDERED**.

Dated: _____       By: _____
                                  Judge of the District Court

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800