UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONSHEA JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TIREHUB LLC,<br><br>Defendant. | No.  2:21-cv-0564 DB<br><br>ORDER |

    Each of the parties in the above-captioned case has consented to proceed before a United States Magistrate Judge.  See U.S.C. § 636(c).  Accordingly, this matter has been reassigned to the undersigned for all purposes. (ECF No. 61.)  Noticed for hearing before the court on November 3, 2023, is a motion for final approval of a class action settlement. (ECF Nos. 73 & 74.)  On October 10, 2023, counsel for Reynaud Lozada filed motions to be excluded from the settlement as well as for an order shortening time to hear the motion to be excluded.  (ECF Nos. 75-78.)  That same day defendant filed an opposition to the motion to shorten time, explaining that defendant requires "sufficient time" to oppose Lozada's motion for exclusion. (ECF No. 79 at 2.)

    Pursuant to Local Rule 144(e) an application to shorten time shall set forth by affidavit of counsel the circumstances justifying the issuances of an order shortening time. "[A]pplications to

1

shorten time will not be granted except upon affidavit of counsel showing a satisfactory explanation for the need for the issuance of such an order[.]" Local Rule 144(e).

Here, the application to shorten time states that "Lozada and his counsel" became "aware of this class action" on September 22, 2023. (ECF No. 78-1 at 2.) Why they waited until October 10, 2023 to take action is unclear. What is clear is that under these circumstances the court cannot find a satisfactory explanation for the need to hear the motion on shortened time. Nonetheless, given the importance of the matter the court will continue the hearing of the motion for final approval to allow complete briefing in compliance with the Local Rules and a full hearing of the parties' arguments.

Accordingly, IT IS HEREBY ORDERED that:

1. The October 10, 2023 motion to shorten time (ECF No. 77) and ex parte application to shorten time (ECF No. 78) are denied; and

2. The hearing of the motion for final approval of class action settlement (ECF No. 73) is continued to November 17, 2023.

Dated: October 13, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.consent\jones0564.short.time.den.ord